UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re Robert Lee Bassett, Jr.    Case No. 15-36325
                                 Chapter 13
    Debtor(s)

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on **March 04, 2016**, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that**:

(1) the Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis*, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal shall be refunded to the Debtor(s) at their address of record.
(4) Notwithstanding any language contained in the plan, the deadline to file objections to claims is governed by Eastern District of Virginia Standing Order No. 15-4.

Dated: Apr 29 2016

RICHMOND, VIRGINIA

/s/ Keith L. Phillips
United States Bankruptcy Judge

I ASK FOR THIS:

NOTICE OF JUDGMENT OR ORDER
Entered On Docket  May 3 2016

/s/Suzanne E. Wade
Suzanne E. Wade
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979
VSB #31868

**PARTIES TO RECEIVE COPIES:**
Robert Lee Bassett, Jr.
12521 Riverway Road
Chesterfield, VA 23838